FILED 10 NOV '20 17:04 USDC-ORP

**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-_00521-SI_ |
| v. | **INDICTMENT** |
| DEREK BRANDON CONLEY, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of Firearm)
### (18 U.S.C. § 922(g)(1))

On or about September 30, 2020, in the District of Oregon, defendant **DEREK BRANDON CONLEY**, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Felon in Possession of a Firearm, on or about February 14, 2006, in Multnomah County Circuit Court, case number 050734136;

(2) Attempted Assault in the First Degree, on or about November 11, 2010, in Multnomah County Circuit Court, case number 100531897;

(3) Felon in Possession of a Firearm, on or about April 18, 2017, in Multnomah County Circuit Court, case number 16CR49941;

did knowingly and unlawfully possess the following firearm(s):

(1) a Norinco MAK-Model 90 Sporter Rifle, serial number 94149051;

(2) a Colt 1911 Mdl.MKIV Series 70 .45 caliber pistol, serial number 71N05812;

(3) a Smith and Wesson Mdl 645 .45 caliber pistol, serial number TAU7854;

which firearm(s) had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

////

////

////

////

////

////

////

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) a Norinco MAK-Model 90 Sporter Rifle, serial number 94149051;

(2) a Colt 1911 Mdl.MKIV Series 70 .45 caliber pistol, serial number 71N05812;

(3) a Smith and Wesson Mdl 645 .45 caliber pistol, serial number TAU7854;

Dated: November 10, 2020

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney